**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**ABDELAZIZ BILAL HAMZE, #L81379,**

    Plaintiff,
v.                                               Case No.: 3:13cv301/MCR/EMT

**WARDEN TIFFT, et al.,**

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 6, 2013 (doc. 5). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED WITHOUT PREJUDICE** for abuse of the judicial process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE AND ORDERED** this 20th day of May, 2013.

                                          *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**